[No. 2724-1.  Division One.  May 26, 1975.]

PAUL G. PEARSON, *Respondent*, v. JAMES BABA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 753150, James A. Noe, J., entered December 18, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 2754-1.  Division One.  May 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT RIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65256, Robert M. Elston, J., entered December 13, 1973. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Callow, J.

[No. 2782-1.  Division One.  May 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY TUKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64287, Warren Chan, J., entered October 24, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 2452-1.  Division One.  May 26, 1975.]

MATTSON, KLEINSASSER & NAKATA, *Respondent*, v. SIDNEY J. HENDRICKS et al, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 751848, Janice Niemi, J., entered July 23, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Swanson, J.